THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Gene Duncan, Appellant,
 v.
 South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal From Administrative Law Court
Carolyn C. Matthews, Administrative Law
 Court Judge
Unpublished Opinion No.  2009-UP-585
Submitted December 1, 2009  Filed
 December 14, 2009
Affirmed

 
 
 
 Gene M. Duncan, Pro Se, for Appellant.
 Robert W. Jacobs,
 of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Gene M. Duncan argues the Administrative
 Law Court (ALC) erred in finding his issues on appeal were manifestly without
 merit.  Duncan also maintains the ALC erred in finding the South Carolina Department
 of Corrections (Department) did not violate his right to access the courts and his
 right to due process.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:
1. As to whether the ALC erred in finding Duncan's issues on
 appeal are manifestly without merit: Rule 65, SCALCR (providing "[j]udicial review of any decision of the [ALC] shall
 be as provided in S.C. Code Ann. § 1-23-610 (1976)").
2. As to whether the ALC erred in finding the Department did not
 violate Duncan's right to access the courts: Lewis v. Casey, 518 U.S. 343, 349 (1996) (holding a inmate must show an
 actual injury to establish a violation of his constitutional right to access
 the courts); Johnson v. Avery, 393 U.S. 483, 490 (1969) (finding prison
 officials must allow inmates to assist one another with their legal claims unless
 reasonable alternatives to assistance are provided).
3.
 As to whether the ALC erred in finding the Department did not violate Duncan's
 right to due process: Al-Shabazz v. State, 338 S.C. 354, 373, 527 S.E.2d
 742, 752 (2000) (holding the Department's disciplinary and grievance
 procedures comport with the minimum procedural due process standard delineated
 in Wolff v. McDonnell, 418 U.S. 539 (1974)). 
Affirmed.
Short, Thomas, and 
Konduros, JJ.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.